# In the United States Court of Federal Claims

No. 14-443C
(Bid Protest)
(Filed: August 18, 2014)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                           *
ARC ASPICIO, LLC.,                         *
                                           *
            Plaintiff,                     *
                                           *
      v.                                   *
                                           *
THE UNITED STATES,                         *
                                           *
            Defendant,                     *
                                           *
TERACORE INC.,                             *
                                           *
            Defendant-Intervenor.          *
                                           *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

_____

## ORDER OF DISMISSAL

_____

On May 28, 2014, Defendant filed a motion to dismiss relating that it has withdrawn the Federal Emergency Management Agency's override of the Competition in Contracting Act ("CICA") stay and has issued a stop work order to the awardee. As such, Defendant contends that the protest is moot. Plaintiff informed the Court that it does not oppose Defendant's motion.

This Court **GRANTS** Defendant's motion to dismiss for lack of subject-matter jurisdiction and directs the Clerk of Court to **DISMISS** this protest.


                                        s/Mary Ellen Coster Williams
                                        **MARY ELLEN COSTER WILLIAMS**
                                        **Judge**